# First District Court of Appeal
## State of Florida

———————————————

No. 1D19-2669

———————————————

Samuel Leo Ricky Solomon,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Christopher N. Patterson, Judge.

September 23, 2020

Per Curiam.

Affirmed.

Ray, C.J., and Bilbrey and Jay, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant; Samuel Leo Ricky Solomon, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.